FILED/REC'D
DEC 31 2014
8:00 AM
CLERK
U.S. BANKRUPTCY COURT

B 27 (Official Form 27) (12/13)

# UNITED STATES BANKRUPTCY COURT
## Western District of Wisconsin

In re **Rita Faye Jackson Wiggins**,
     *Debtor*

Case No. _____
Chapter **7**

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: **Summit Credit Union**

2. Amount of the debt subject to this reaffirmation agreement:
   $ **496.00** on the date of bankruptcy    $ **496.00** to be paid under reaffirmation agreement

3. Annual percentage rate of interest: _____% prior to bankruptcy
   _____% under reaffirmation agreement ( ✓ Fixed Rate ___ Adjustable Rate)

4. Repayment terms (if fixed rate): $ **15.00** per month for **60** months

5. Collateral, if any, securing the debt: Current market value: $ _____
   Description: _____

6. Does the creditor assert that the debt is nondischargeable? ___Yes ✓ No
   (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| **Debtor's Schedule I and J Entries** | **Debtor's Income and Expenses as Stated on Reaffirmation Agreement** |
|---|---|
| 7A. Total monthly income from Schedule I, line 12   $ 2,787.92 | 7B. Monthly income from all sources after payroll deductions   $ 2,787.92 |
| 8A. Total monthly expenses from Schedule J, line 22   $ 2,641.04 | 8B. Monthly expenses   $ 2,641.04 |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J   $ 0.00 | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses   $ 0.00 |
| | 10B. Net monthly income   $ 146.88 (Subtract sum of lines 8B and 9B from |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

3000

B27 (Official Form 27) (12/13)                                                                 Page 2

11.   Explain with specificity any difference between the income amounts (7A and 7B):


12.   Explain with specificity any difference between the expense amounts (8A and 8B):


If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____          _____
Signature of Debtor (only required if          Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                    required if line 11 or 12 is completed)

**Other Information**

☐   Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:


Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
     ✓ Yes            _____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
     ✓ Yes            _____ No


**FILER'S CERTIFICATION**

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature
Atty. Jeremiah W. Meyer-O'Day, Attorney for Debtor
Print/Type Name & Signer's Relation to Case

B240A (Form B240A) (04/10)

> Check one.
> ☐ Presumption of Undue Hardship
> ☒ No Presumption of Undue Hardship
> *See Debtor's Statement In Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
Western  District of Wisconsin

In re  Rita Faye Jackson Wiggins ,    Case No. _____

*Debtor*

Chapter    7

## REAFFIRMATION DOCUMENTS

**Name of Creditor:** Summit Credit Union

☒ Check this box if Creditor is a Credit Union

### PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: Line of credit

*For example, auto loan*

B. *AMOUNT REAFFIRMED*:    $ 496.00

The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before 11/10/2014 , which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is _____%.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)*    ☒ Fixed rate       ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

B240A, Reaffirmation Documents                                                                                    Page 2

☐   $_____ per month for _____ months starting on _____.

☑   Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount. Minimum payment is $15.00 per month

E. Describe the collateral, if any, securing the debt:

   Description:            _____
   Current Market Value    $_____

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

   ☐ Yes. What was the purchase price for the collateral?   $_____

   ☑ No.  What was the amount of the original loan?         $ 500.00

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due (including fees and costs) | $ 496.00 | $ 496.00 |
| Annual Percentage Rate | _____ % | _____ % |
| Monthly Payment | $ 15.00 | $ 15.00 |

H. ☑ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit: $500.00 credit limit, APR is , minimum monthly payment is $15.00.

PART II.   **DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT**

A. Were you represented by an attorney during the course of negotiating this agreement?

   Check one.   ☑ Yes     ☐ No

B. Is the creditor a credit union?

   Check one.   ☑ Yes     ☐ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

From: +16137010200    Page: 6/6    Date: 12/21/2014 5:39:02 PM

B240A, Reaffirmation Documents

Page 3

1. Your present monthly income and expenses are:

   a. Monthly income from all sources after payroll deductions
   (take-home pay plus any other income) ......................................... $ _____

   b. Monthly expenses (including all reaffirmed debts except
   this one) ....................................................................................... $ _____

   c. Amount available to pay this reaffirmed debt (subtract b. from a.) ... $ _____

   d. Amount of monthly payment required for this reaffirmed debt ......... $ _____

   *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship."  Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

Check one of the two statements below, if applicable:

☐ You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

☐ You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because: _____

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com