# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:                                                                                           Case Number:   3−14−14881−rdm
                                                                                                 Chapter:   7
Rita Faye Jackson Wiggins

                    Debtor(s).

## NOTICE OF AMENDED SCHEDULES

To: Additional Creditor(s)

PLEASE TAKE NOTICE that the debtor(s) filed an amendment to their schedule listing you as a creditor and that 4/1/15 is fixed as the last day for filing an objection to the discharge of the debtor(s) and as the last day for filing a complaint to determine the dischargeability of any debt pursuant to 11 U.S.C. § 523(c).

Enclosed is a copy of the original Notice of Commencement of Case. Please note that the deadlines have been extended for you in order to provide adequate notice.

Dated: 3/2/15

                                                                                                 Marcia M Anderson, Clerk
                                                                                                 U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Wisconsin

In re:  
Rita Faye Jackson Wiggins  
    Debtor

Case No. 14-14881-rdm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0758-3   User: tina   Page 1 of 1   Date Rcvd: Mar 02, 2015  
                    Form ID: NAS   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2015.  
4129656   +Bank of America,   9000 Southside Blvd.,   Bldg. 600 FL9-600-02-15,  
        Jacksonville, FL 32256-0789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2015                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2015 at the address(es) listed below:  
        Michael E. Kepler    trustee@keplerpeyton.com,  WI28@ecfcbis.com  
        U.S. Trustee's Office    USTPRegion11.MD.ECF@usdoj.gov  
                    TOTAL: 2